USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 10/21/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROSSANA MANZO,

Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

**ORDER**

26-CV-6418 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's request to extend the briefing schedule. ECF No. 9. The request is **GRANTED**. The parties shall adhere to the following schedule:

- Plaintiff's brief shall be filed by **December 14, 2026**;
- Defendant's brief shall be filed by **February 12, 2027**;
- Plaintiff's reply shall be filed by **February 26, 2027**.

The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 9 as **GRANTED**.

**SO ORDERED.**

Dated: October 21, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge